597 A.2d 65

**Tyrone Thomas DEAS**

v.

**STATE of Maryland.**

No. 93, Sept. Term, 1991.

Court of Appeals of Maryland.

Oct. 16, 1991.

Julia Doyle Bernhardt, Asst. Public Defender, Stephen E. Harris, Public Defender, Baltimore, for petitioner.

Cathleen C. Brockmeyer, Asst. Atty. Gen., J. Joseph Curran, Jr., Atty. Gen., Baltimore, for respondent.

Submitted to MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI and ROBERT M. BELL, JJ.

## ORDER

The Court having considered and granted the petition for a writ of certiorari in the above captioned case, it is this 16th day of October, 1991

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case remanded to that court for further consideration in light of *Williams v. State,* 323 Md. 312, 593 A.2d 671 (1991). Costs in this Court and in the Court of Special Appeals to abide the result.